# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 7, 2019

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 10, 2019
DEBORAH S. HUNT, Clerk

Re: Matthew Wayne Minard, Individually and in His Official
Capacity as a Taylor Police Officer
v. Debra Lee Cruise-Gulyas
No. 18-1435
(Your No. 18-2196)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk